UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL A. HORTA SUAREZ,<br><br>                        Petitioner,<br><br>-against-<br><br>INTERNAL REVENUE SERVICE; UNITED STATES GOVERNMENT,<br><br>                        Respondents. | 21-CV-10879 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued April 7, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    April 7, 2022
             New York, New York

                                                /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge